UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ANDRES CRISTOBAL,

                Petitioner,

  v.

NATHALIE ASHER, et al.,

                Respondent.

CASE NO. C20-1493-RSM-BAT

**ORDER GRANTING EXTENSION OF BRIEFING SCHEDULE**

The Court GRANTS the motion to amend the briefing schedule, Dkt.12, and ORDERS:

1. Petitioner's response to Respondent's motion to dismiss is due December 7, 2020.

2. Defendant's optional reply is due December 11, 2020.

3. The clerk shall renote the motion to dismiss, Dkt. 8 for December 11, 2020.

DATED this 30th day of November 2020.

BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER GRANTING EXTENSION OF
BRIEFING SCHEDULE - 1