UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANDRES CRISTOBAL,<br><br>　　　　　　　Plaintiff-Petitioner,<br><br>　　v.<br><br>NATHALIE ASHER, Field Office Director of Enforcement and Removal Operations, Seattle Field Office, Immigration and Customs Enforcement; et al.<br><br>　　　　　　　Defendants-Respondents. | Case No. 2:20-cv-1493-RSM-BAT<br><br>**ORDER TO DISMISS COUNTS II AND III OF PETITIONER'S PETITION FOR WRIT OF HABEAS CORPUS** |

　　This matter comes before the Court on the Parties' Stipulated Motion to Dismiss. Dkt. #16. The Court finds that Petitioner's Administrative Procedure Act and mandamus claims have become moot. Accordingly, it is HEREBY ORDERED as follows:

　　The Parties' motion is GRANTED. Petitioner's Counts II and III are dismissed.

　　DATED this 8th day of December, 2020.

　　　　　　　　　　　　　　　　　　　　　　　　　RICARDO S. MARTINEZ
　　　　　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE

ORDER – 1